## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THANH NAM LE )<br><br>Petitioner, )<br><br>v. )<br><br>ANTONE MONIZ, Superintendent, Plymouth )<br>County Correctional Facility, )<br>PATRICIA HYDE, Field Office Director, )<br>MICHAEL KROL, HSI New England Special )<br>Agent in Charge, )<br>DAVID VENTURELLA, Acting Director U.S. )<br>Immigration and Customs Enforcement, and )<br>MARKWAYNE MULLIN, Secretary of Homeland )<br>Security )<br>TODD BLANCHE, Acting U.S. Attorney General )<br>And DONALD TRUMP, President of the U.S. )<br>Respondents ) | Case No. 1:26-cv- 12801 |

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that Thanh Nam LE, the Petitioner in the abovenamed matter, hereby appeals to the United States Court of Appeals for the First Circuit from the Memorandum and Order (to include also the ECF Order) entered in this action on July 13, 2026, by honorable Judge Indira Talwani, of the United States District Court for the District of Massachusetts.

Respectfully submitted,

*/s/ Marian Costica Mandache*
Costica Marian MANDACHE, Esq.
BBO 714583
Law Office of Stephen Bandar
2000 Massachusetts Ave., Suite 2
Cambridge, MA 02140 781-640-2611
cmandache@bandarlawoffice.com
*Counsel for Petitioner*

Dated: July 28, 2026

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2026, I served a true and correct copy of the foregoing Reply upon all parties (including Respondents) on file by first-class mail, postage prepaid, and/or by <u>electronic filing through the Court's CM/ECF, PACER system</u>.

<u>/s/ *Marian Costica Mandache*</u>
Costica Marian MANDACHE, Esq.
BBO 714583
Law Office of Stephen Bandar
2000 Massachusetts Ave., Suite 2
Cambridge, MA 02140 781-640-2611
cmandache@bandarlawoffice.com
*Counsel for Petitioner*